BEFORE THE SECOND DIVISION, JUNE 6, 1945

**No. 50229.**—Protests 994951–G, etc., of A. D. Cohen Co., Inc. (New York).

Opinion by TILSON, J.   It was stipulated that certain items of the merchandise consist of sisal hemp hats similar in all material respects to those the subject of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), which record was admitted in evidence herein.   In accordance therewith the items of merchandise in question were held dutiable as claimed. ·